IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANTE ORAZI and EILEEN ORAZI, : <br>     Plaintiffs, : <br> : <br>     v. : <br> : <br> HILTON HOTELS CORPORATION : <br> d/b/a HAMPTON INN; HAMPTON INN; : <br> ALLEN STACY HOTEL, LTD.; GATEWAY : <br> HOSPITALITY LLC; GATEWAY : <br> GATEWAY HOSPITALITY GROUP, INC., : <br>     Defendants. : <br> : | CIVIL ACTION <br> NO. 09-cv-05959 |

**ORDER**

**AND NOW,** this 19th day of November 2010, upon consideration of the Motion to Dismiss for Lack of Personal Jurisdiction and/or Improper Venue, or in the Alternative for Transfer Due to Forum Non Conveniens to the United States District Court for the Eastern District of Texas, filed by Defendants Hampton Inn ("Hampton Inn"), Allen Stacy Hotel, Ltd. ("Allen Stacy") and Gateway Hospitality Group, Inc. ("Gateway Group") [Doc. No.3], Plaintiffs' Response thereto [Doc. No.11], and Defendants' Reply [Doc. No.17], it is hereby **ORDERED** that Defendants' Motion is **DENIED WITH LEAVE TO RENEW** at the close of jurisdictional discovery.

It is further **ORDERED** that the Parties are granted up to **ninety (90) days** from the date of this Order during which they may conduct jurisdictional discovery, and Defendants may renew any or all of their motions within **fifteen (15) days** after the close of jurisdictional discovery but no later than **Friday**, **March 4, 2011.**

It is so **ORDERED**.

                                                BY THE COURT:


                                                /s/ Cynthia M. Rufe
                                                CYNTHIA M. RUFE, J.